**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

SOUTHERN DISTRICT OF CALIFORNIA

Case number *(if known)* _____    Chapter __11__

☐ Check if this is an
amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy

04/25

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.**

| | | |
|---|---|---|
| 1. | **Debtor's name** | **Everything Creative, Inc.** |

| | | |
|---|---|---|
| 2. | **All other names debtor used in the last 8 years**<br><br>Include any assumed names, trade names and *doing business as* names | |

| | | |
|---|---|---|
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **47-1125116** |

4. **Debtor's address**

**Principal place of business**

**9040 Activity Road, Ste. A**
**San Diego, CA 92126**
Number, Street, City, State & ZIP Code

**San Diego**
County

**Mailing address, if different from principal place of business**

P.O. Box, Number, Street, City, State & ZIP Code

**Location of principal assets, if different from principal place of business**

Number, Street, City, State & ZIP Code

| | | |
|---|---|---|
| 5. | **Debtor's website** (URL) | **www.everythingcreativedesigns.com** |

6. **Type of debtor**

■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

Debtor    **Everything Creative, Inc.**                                    Case number (*if known*) _____
_____
Name

**7.** **Describe debtor's business**    A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See
http://www.uscourts.gov/four-digit-national-association-naics-codes.
_____5414_____

**8.** **Under which chapter of the Bankruptcy Code is the debtor filing?**    *Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check **all** that apply*:

   ■ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,424,000 (amount subject to adjustment on 4/01/28 and every 3 years after that).

   ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

   ■ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

   ☐ A plan is being filed with this petition.

   ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

   ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

   ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.** **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

■ No.
☐ Yes.

District _____    When _____    Case number _____
District _____    When _____    Case number _____

Debtor   **Everything Creative, Inc.**                                    Case number (*if known*)
Name

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

☑ No
☐ Yes.

List all cases. If more than 1, attach a separate list

| | | | |
|---|---|---|---|
| Debtor | _____ | Relationship | _____ |
| District | _____ When _____ | Case number, if known | _____ |

**11. Why is the case filed in *this district*?**

*Check all that apply:*

☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No
☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes. Insurance agency _____
Contact name _____
Phone _____

■ **Statistical and administrative information**

**13. Debtor's estimation of available funds**

*Check one:*

☑ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☑ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☑ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☑ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |

Debtor   **Everything Creative, Inc.**_____   Case number (*if known*)_____
Name

☐ $50,001 - $100,000          ☐ $10,000,001 - $50  million      ☐ $1,000,000,001 - $10 billion
☐ $100,001 - $500,000         ☐ $50,000,001 - $100 million      ☐ $10,000,000,001 - $50 billion
☐ $500,001 - $1 million       ☐ $100,000,001 - $500 million     ☐ More than $50 billion

Debtor   **Everything Creative, Inc.**
_____     Case number *(if known)* _____
         Name

| | Request for Relief, Declaration, and Signatures |
|---|---|

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **May 12, 2025**
              _____
              MM / DD / YYYY

**X** **/s/ Carol Kaplan**
_____     **Carol Kaplan**
Signature of authorized representative of debtor      _____
                                                      Printed name

Title   **Chief Executive Officer**
        _____

**18. Signature of attorney**

**X** **/s/ Gustavo E. Bravo**
_____     Date   **May 12, 2025**
Signature of attorney for debtor                    _____
                                                    MM / DD / YYYY

**Gustavo E. Bravo**
_____
Printed name

**Bravo Law APC**
_____
Firm name

**3990 Old Town Avenue**
**Suite A103**
**San Diego, CA 92110**
_____
Number, Street, City, State & ZIP Code

Contact phone   **(619) 600-1394**        Email address   **gbravo@bravolawapc.com**
                _____                        _____

**218752 CA**
_____
Bar number and State

**Fill in this information to identify the case:**

Debtor name    **Everything Creative, Inc.**

United States Bankruptcy Court for the:    SOUTHERN DISTRICT OF CALIFORNIA

Case number (if known)  _____

☐ Check if this is an
amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐ *Schedule A/B: Assets—Real and Personal Property* (Official Form 206A/B)
☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☐ *Schedule H: Codebtors* (Official Form 206H)
☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐ Amended *Schedule*
☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☐ Other document that requires a declaration  _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **May 12, 2025**          X **/s/ Carol Kaplan**
                                          Signature of individual signing on behalf of debtor

                                          **Carol Kaplan**
                                          Printed name

                                          **Chief Executive Officer**
                                          Position or relationship to debtor

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **Everything Creative, Inc.** |
| United States Bankruptcy Court for the: | **SOUTHERN DISTRICT OF CALIFORNIA** |
| Case number (if known): | _____ |

☐ Check if this is an

amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
**12/15**

**A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.**

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Amur Equipment Finance**<br>**304 W. 3rd Street,**<br>**PO Box 2555**<br>**Grand Island, NE 68801** | | **Staging Furniture (See Attached Inventory - Original payments were approximately $2,000,000, however as used furniture, value is likely reduced to 15** | | **$51,495.03** | **$250,000.00** | **$51,495.03** |
| **Brett Matus**<br>**13366 Twin Circle Court**<br>**Poway, CA 92064** | | **Unsecured loan** | | | | **$67,000.00** |
| **CDTFA**<br>**P.O. 942879**<br>**Sacramento, CA 94279-0001** | | **Sales Tax** | | | | **$285,207.91** |
| **Financial Pacific Leasing**<br>**3455 S. 344th Way Ste. 300**<br>**Auburn, WA 98001** | | **Staging Furniture (See Attached Inventory - Original payments were approximately $2,000,000, however as used furniture, value is likely reduced to 15** | | **$40,628.00** | **$250,000.00** | **$40,628.00** |

| Debtor | **Everything Creative, Inc.** | | Case number *(if known)* | |
| | Name | | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **First Commonwealth 920 Cassatt Road Suite 310 Berwyn, PA 19312** | | **Staging Furniture (See Attached Inventory - Original payments were approximately $2,000,000, however as used furniture, value is likely reduced to 15** | | $49,618.13 | $250,000.00 | $49,618.13 |
| **First Commonwealth 920 Cassatt Road Suite 310 Berwyn, PA 19312** | | **Staging Furniture (See Attached Inventory - Original payments were approximately $2,000,000, however as used furniture, value is likely reduced to 15** | | $20,922.09 | $250,000.00 | $20,922.09 |
| **First Foundation Bank 5403 Olympic Dr. Gig Harbor, WA 98335** | | **Staging Furniture (See Attached Inventory - Original payments were approximately $2,000,000, however as used furniture, value is likely reduced to 15** | | $12,540.00 | $250,000.00 | $12,540.00 |
| **Fresh Funding Solutions 42 Broadway, #1815 New York, NY 10004** | | **Staging Furniture (See Attached Inventory - Original payments were approximately $2,000,000, however as used furniture, value is likely reduced to 15** | | $28,750.00 | $250,000.00 | $28,750.00 |
| **Friedman Trust 6748 Kenmar Way San Diego, CA 92130** | | **Unsecured loan.** | | | | $58,334.78 |
| **Jeff Berkow 2149 Silent Echoes Drive Henderson, NV 89044** | | **Unsecured loan** | | | | $108,700.00 |

Debtor **Everything Creative, Inc.**
　　　　Name

Case number *(if known)* _____

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **John Hiatt 1231 W. Washington Blvd. Fort Wayne, IN 46802** | | **Personal Loan** | | | | **$13,016.40** |
| **Kim Kelly 3707 Calle Cortejo Rancho Santa Fe, CA 92091** | | **Salary and commissions** | | | | **$10,913.50** |
| **Milestone (Leasecorp.) 50 W. Big Beaver Suite 245 Troy, MI 48084** | | **Staging Furniture (See Attached Inventory - Original payments were approximately $2,000,000, however as used furniture, value is likely reduced to 15** | | **$42,947.00** | **$250,000.00** | **$42,947.00** |
| **Milestone (Leasecorp.) 50 W. Big Beaver Suite 245 Troy, MI 48084** | | **Staging Furniture (See Attached Inventory - Original payments were approximately $2,000,000, however as used furniture, value is likely reduced to 15** | | **$113,436.40** | **$250,000.00** | **$96,574.96** |
| **National Funding, Inc. 4380 La Jolla Village Dr San Diego, CA 92122** | | **Staging Furniture (See Attached Inventory - Original payments were approximately $2,000,000, however as used furniture, value is likely reduced to 15** | | **$73,245.38** | **$250,000.00** | **$73,245.38** |
| **National Funding, Inc. 4380 La Jolla Village Dr San Diego, CA 92122** | | **Staging Furniture (See Attached Inventory - Original payments were approximately $2,000,000, however as used furniture, value is likely reduced to 15** | | **$294,135.71** | **$250,000.00** | **$294,135.71** |

Debtor **Everything Creative, Inc.**                                    Case number *(if known)* _____
        Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| National Funding, Inc. 4380 La Jolla Village Dr San Diego, CA 92122 | | Staging Furniture (See Attached Inventory - Original payments were approximately $2,000,000, however as used furniture, value is likely reduced to 15 | | $175,704.13 | $250,000.00 | $175,704.13 |
| Navitas Credit Corp. 201 Executive Center Drive Suite 100 Columbia, SC 29210 | | Staging Furniture (See Attached Inventory - Original payments were approximately $2,000,000, however as used furniture, value is likely reduced to 15 | | $100,847.04 | $250,000.00 | $100,847.04 |
| NewCo Capital Group 90 Broad Street, Suite 903 New York, NY 10004 | | Staging Furniture (See Attached Inventory - Original payments were approximately $2,000,000, however as used furniture, value is likely reduced to 15 | | $25,000.00 | $250,000.00 | $25,000.00 |
| State Comp. Ins. Fund P.O. Box 51092 Los Angeles, CA 90051 | | Audit of state fund insurance | Disputed | | | $42,892.90 |

**Fill in this information to identify the case:**

Debtor name    **Everything Creative, Inc.**

United States Bankruptcy Court for the:    SOUTHERN DISTRICT OF CALIFORNIA

Case number (if known)  _____

☐ Check if this is an amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                12/15

| Part 1: | Summary of Assets |
|---|---|

1.    **Schedule A/B: Assets-Real and Personal Property** (Official Form 206A/B)

   1a. **Real property:**
   Copy line 88 from *Schedule A/B*...........................................................................  $            0.00

   1b. **Total personal property:**
   Copy line 91A from *Schedule A/B*........................................................................  $      611,731.74

   1c. **Total of all property:**
   Copy line 92 from *Schedule A/B*..........................................................................  $      611,731.74

| Part 2: | Summary of Liabilities |
|---|---|

2.    **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*.....................  $    1,305,938.47

3.    **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of *Schedule E/F*............................................................  $      324,631.59

   3b. **Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*................................  +$      289,944.08

4.    **Total liabilities** ...........................................................................................................
   Lines 2 + 3a + 3b

   $    1,920,514.14

**Fill in this information to identify the case:**

Debtor name    **Everything Creative, Inc.**

United States Bankruptcy Court for the:    SOUTHERN DISTRICT OF CALIFORNIA

Case number (if known)  _____

☐ Check if this is an amended filing

## Official Form 206A/B

# Schedule A/B: Assets - Real and Personal Property

12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
| --- | --- |

1. **Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
☑ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
| --- | --- |

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
| --- | --- | --- | --- | --- |
| 3.1. | **Banc of California** | **Checking - Main Account** | **8132** | **$3,002.00** |
| 3.2. | **Banc of California** | **Payroll** | **4088** | **$6,529.00** |

4. **Other cash equivalents** *(Identify all)*

5. **Total of Part 1.**
   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

| | |
| --- | --- |
| | **$9,531.00** |

| Part 2: | Deposits and Prepayments |
| --- | --- |

6. **Does the debtor have any deposits or prepayments?**

☐ No. Go to Part 3.
☑ Yes Fill in the information below.

7. **Deposits, including security deposits and utility deposits**
   Description, including name of holder of deposit

| | | |
| --- | --- | --- |
| 7.1. | **Rent Deposit** | **$25,321.98** |

8. **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

Debtor    **Everything Creative, Inc.**                                    Case number *(If known)* _____
          Name

Description, including name of holder of prepayment

| 8.1. | **Pawnee advance payment.** | $1,883.77 |
|---|---|---|
| 8.2. | **Milestone advance payment.** | $17,523.17 |
| 8.3. | **First Foundation advance payment.** | $7,546.00 |
| 8.4. | **BSB advance payment.** | $9,776.34 |
| 8.5. | **Targeted Lease advance payment.** | $1,935.83 |
| 8.6. | **M2 advance payment.** | $3,767.54 |
| 8.7. | **Banclease advance payment.** | $11,343.64 |
| 8.8. | **Navitas advance payment.** | $5,206.04 |

9.    **Total of Part 2.**                                                    | $84,304.31 |
      Add lines 7 through 8. Copy the total to line 81.

**Part 3:**    **Accounts receivable**

10. **Does the debtor have any accounts receivable?**

☐ No.  Go to Part 4.
■ Yes Fill in the information below.

11.    **Accounts receivable**

11a. 90 days old or less:    **54,000.00**    -    **0.00**    = ....    **$54,000.00**
                              face amount          doubtful or uncollectible accounts

12.    **Total of Part 3.**                                                   | $54,000.00 |
      Current value on lines 11a + 11b = line 12.  Copy the total to line 82.

**Part 4:**    **Investments**

13. **Does the debtor own any investments?**

■ No.  Go to Part 5.
☐ Yes Fill in the information below.

| Debtor | **Everything Creative, Inc.** | Case number *(If known)* _____ |
|---|---|---|
| | Name | |

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☐ No.  Go to Part 6.

■ Yes Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 19. **Raw materials** | | | | |
| 20. **Work in progress** | | | | |
| 21. **Finished goods, including goods held for resale** Staging Furniture (See Attached Inventory - Original payments were approximately $2,000,000, however as used furniture, value is likely reduced to 15 to 10% of original values, especially for older items). | September of 2024 | $250,000.00 | Liquidation | $250,000.00 |
| 22. **Other inventory or supplies** | | | | |

**23. Total of Part 5.**

Add lines 19 through 22.  Copy the total to line 84.

| $250,000.00 |
|---|

**24. Is any of the property listed in Part 5 perishable?**

■ No
☐ Yes

**25. Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**

■ No
☐ Yes. Book value _____ Valuation method _____ Current Value _____

**26. Has any of the property listed in Part 5 been appraised by a professional within the last year?**

■ No
☐ Yes

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No.  Go to Part 7.
☐ Yes Fill in the information below.

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No.  Go to Part 8.
■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

Debtor **Everything Creative, Inc.**                     Case number *(If known)* _____
         Name

| 39. | **Office furniture**<br>**Stand up desks (x2), Special office chair and**<br>**filing cabinets (x2).** | **$2,400.00** | Liquidation | **$1,500.00** |
|---|---|---|---|---|

| 40. | **Office fixtures** | | | |
|---|---|---|---|---|

| 41. | **Office equipment, including all computer equipment and**<br>**communication systems equipment and software**<br>**Macbook Air (x3)** | **$0.00** | Liquidation | **$1,035.00** |
|---|---|---|---|---|
| | **Chrome Book Laptop** | **$0.00** | Liquidation | **$50.00** |
| | **iPad (x5)** | **$0.00** | Liquidation | **$1,000.00** |
| | **iPhone (x2)** | **$0.00** | Liquidation | **$400.00** |
| | **Computer Monitors (x2)** | **$0.00** | Liquidation | **$400.00** |
| | **Xerox Altalink C8035 (Leased Equipment)** | **$0.00** | | **$0.00** |
| | **Xerox Altalink C8135 (Leased Equipment)** | **$0.00** | | **$0.00** |

42. **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork;
     books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card
     collections; other collections, memorabilia, or collectibles

43. **Total of Part 7.**                                                                        | **$4,385.00** |
     Add lines 39 through 42.  Copy the total to line 86.

44. **Is a depreciation schedule available for any of the property listed in Part 7?**
     ■ No
     ☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
     ■ No
     ☐ Yes

| **Part 8:** | **Machinery, equipment, and vehicles** |
|---|---|

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

     ☐ No.  Go to Part 9.
     ■ Yes Fill in the information below.

| **General description**<br>Include year, make, model, and identification numbers<br>(i.e., VIN, HIN, or N-number) | **Net book value of**<br>**debtor's interest**<br>(Where available) | **Valuation method used**<br>**for current value** | **Current value of**<br>**debtor's interest** |
|---|---|---|---|

47. **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles**

| 47.1. | **2013 Chevrolet Express G1500 - 105,000**<br>**miles approx.** | **$0.00** | Blue Book | **$8,159.00** |
|---|---|---|---|---|

Official Form 206A/B                     Schedule A/B Assets - Real and Personal Property                     page 4

Debtor   **Everything Creative, Inc.**                                    Case number *(If known)* _____
_____
Name

| | | | | | |
|---|---|---|---|---|---|
| 47.2. | **2019 Isuzu 16 foot truck - 39,201 miles approx. (Leased Vehicle - value $27,000)** | **$0.00** | Comparable sale | **$0.00** |
| 47.3. | **2024 Freightliner 26 foot truck - 6,212 miles approx. (Leased Vehicle - value $100,000).** | **$0.00** | Comparable sale | **$0.00** |
| 47.4. | **2021 Isuzu 15 foot truck - 27,111 miles approx. (Leased Vehicle - Value $28,900)** | **$0.00** | Comparable sale | **$0.00** |
| 47.5. | **2024 Hino IL6 26 foot truck - 9,545 miles approx. (Leased Vehicle - Value $77,000)** | **$0.00** | Comparable sale | **$0.00** |
| 47.6. | **2018 Nissan NV - 52,886 miles approx. (Leased to own)** | **$0.00** | Comparable sale | **$15,000.00** |

48.    **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

49.    **Aircraft and accessories**

50.    **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**
       2020 doosan Picker (BOP155-9)                        **$0.00**    Comparable sale                **$22,000.00**

51.    **Total of Part 8.**

       Add lines 47 through 50.  Copy the total to line 87.                            **$45,159.00**

52.    **Is a depreciation schedule available for any of the property listed in Part 8?**
       ■ No
       ☐ Yes

53.    **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
       ■ No
       ☐ Yes

**Part 9:**   **Real property**

54. **Does the debtor own or lease any real property?**

       ■ No.  Go to Part 10.
       ☐ Yes Fill in the information below.

**Part 10:**   **Intangibles and intellectual property**

59. **Does the debtor have any interests in intangibles or intellectual property?**

       ☐ No.  Go to Part 11.
       ■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

60.    **Patents, copyrights, trademarks, and trade secrets**

Debtor    **Everything Creative, Inc.**                                    Case number *(If known)* _____
_____
Name

| | | | |
|---|---|---|---|
| 61. | **Internet domain names and websites**<br>everythingcreativedesigns.com | $0.00 | Liquidation | $2,000.00 |

| | | | |
|---|---|---|---|
| 62. | **Licenses, franchises, and royalties** | | | |
| 63. | **Customer lists, mailing lists, or other compilations**<br>Customer list of local real estate brokers and<br>agents (No value - publicly available) | $0.00 | | $0.00 |

| | | | |
|---|---|---|---|
| 64. | **Other intangibles, or intellectual property** | | | |
| 65. | **Goodwill**<br>Goodwill (Company could sell for between<br>$1,000,000 to $2,000,000 as a going concern if<br>business had no debt). | $0.00 | | $162,352.43 |

66.  **Total of Part 10.**                                                              | $164,352.43 |

Add lines 60 through 65. Copy the total to line 89.

67.  **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107?
■ No
☐ Yes

68.  **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
■ No
☐ Yes

69.  **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
■ No
☐ Yes

| Part 11: | **All other assets** |
|---|---|

70. **Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No.  Go to Part 12.
■ Yes Fill in the information below.

**Current value of
debtor's interest**

71.  **Notes receivable**
Description (include name of obligor)

72.  **Tax refunds and unused net operating losses (NOLs)**
Description (for example, federal, state, local)

73.  **Interests in insurance policies or annuities**

74.  **Causes of action against third parties (whether or not a lawsuit
has been filed)**

75.  **Other contingent and unliquidated claims or causes of action of
every nature, including counterclaims of the debtor and rights to
set off claims**

| Debtor | **Everything Creative, Inc.** | Case number *(If known)* |
|---|---|---|
| | Name | |

| **Funds paid to Coastal Debt Resolve.** | | **Unknown** |
|---|---|---|
| Nature of claim | **Refund due** | |
| Amount requested | **$120,000.00** | |

76. **Trusts, equitable or future interests in property**

77. **Other property of any kind not already listed** *Examples:* Season tickets, country club membership

78. **Total of Part 11.**

    Add lines 71 through 77. Copy the total to line 90.

    **$0.00**

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**

    ■ No
    ☐ Yes

Debtor   **Everything Creative, Inc.**                                    Case number *(if known)* _____
Name

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $9,531.00 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $84,304.31 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $54,000.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $250,000.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $4,385.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $45,159.00 | |
| 88. **Real property.** *Copy line 56, Part 9*.......................................................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $164,352.43 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $611,731.74 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $611,731.74 |

**Fill in this information to identify the case:**

Debtor name    **Everything Creative, Inc.**

United States Bankruptcy Court for the:    SOUTHERN DISTRICT OF CALIFORNIA

Case number (if known)

☐ Check if this is an amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property                    12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

| Part 1: | List Creditors Who Have Secured Claims |
|---|---|

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | **Column A**<br>**Amount of claim**<br>Do not deduct the value of collateral. | **Column B**<br>**Value of collateral that supports this claim** |
|---|---|---|---|
| **2.1  Ally Servicing, LLC**<br>Creditor's Name<br><br>**PO Box 380901**<br>**Minneapolis, MN 55438**<br>Creditor's mailing address<br><br><br>Creditor's email address, if known<br><br>**Date debt was incurred**<br>**2/2020**<br>**Last 4 digits of account number**<br>**4872**<br>**Do multiple creditors have an interest in the same property?**<br>☑ No<br>☐ Yes. Specify each creditor, including this creditor and its relative priority. | Describe debtor's property that is subject to a lien<br>**2018 Nissan NV - 52,886 miles approx. (Leased to own)**<br><br><br>Describe the lien<br>**Title Lien**<br>Is the creditor an insider or related party?<br>☑ No<br>☐ Yes<br>Is anyone else liable on this claim?<br>☑ No<br>☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)<br><br>As of the petition filing date, the claim is:<br>Check all that apply<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$10,905.00** | **$15,000.00** |
| **2.2  Amur Equipment Finance**<br>Creditor's Name<br><br>**304 W. 3rd Street, PO Box 2555**<br>**Grand Island, NE 68801**<br>Creditor's mailing address<br><br><br>Creditor's email address, if known<br><br>**Date debt was incurred**<br>**11/2023**<br>**Last 4 digits of account number**<br>**4732** | Describe debtor's property that is subject to a lien<br>**Staging Furniture (See Attached Inventory - Original payments were approximately $2,000,000, however as used furniture, value is likely reduced to 15 to 10% of original values, especially for older items).**<br><br>Describe the lien<br>**UCC Financing Statement**<br>Is the creditor an insider or related party?<br>☑ No<br>☐ Yes<br>Is anyone else liable on this claim?<br>☐ No<br>☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H) | **$51,495.03** | **$250,000.00** |

Debtor   **Everything Creative, Inc.**
_____
Name

Case number (if known) _____

**Do multiple creditors have an interest in the same property?**

☐ No

■ Yes. Specify each creditor, including this creditor and its relative priority.

**1. Pawnee Leasing Corporation**
**2. Pawnee Leasing Corporation**
**3. Pawnee Leasing Corporation**
**4. m2 Equipment Finance LLC**
**5. m2 Equipment Finance LLC**
**6. m2 Equipment Finance LLC**
**7. m2 Equipment Finance LLC**
**8. BSB Leasing**
**9. BSB Leasing**
**10. Milestone (Leasecorp.)**
**11. Milestone (Leasecorp.)**
**12. Milestone (Leasecorp.)**
**13. Navitas**

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.3 | **BSB Leasing** |
|---|---|

Creditor's Name

**7800 S. Elati St.**
**Littleton, CO 80120**
Creditor's mailing address

_____
Creditor's email address, if known

**Date debt was incurred**
**6/10/2022**
**Last 4 digits of account number**
**6543**

**Do multiple creditors have an interest in the same property?**

**Describe debtor's property that is subject to a lien**
**Staging Furniture (See Attached Inventory - Original payments were approximately $2,000,000, however as used furniture, value is likely reduced to 15 to 10% of original values, especially for older items).**

**Describe the lien**
**UCC Financing Statement**

**Is the creditor an insider or related party?**

■ No
☐ Yes

**Is anyone else liable on this claim?**

☐ No
■ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply

$9,796.08          $250,000.00

Debtor **Everything Creative, Inc.**
_____
Name

Case number (if known) _____

☐ No

■ Yes. Specify each creditor, including this creditor and its relative priority.

**1. Pawnee Leasing Corporation**
**2. Pawnee Leasing Corporation**
**3. Pawnee Leasing Corporation**
**4. m2 Equipment Finance LLC**
**5. m2 Equipment Finance LLC**
**6. m2 Equipment Finance LLC**
**7. m2 Equipment Finance LLC**
**8. BSB Leasing**
**9. BSB Leasing**
**10. Milestone (Leasecorp.)**
**11. Milestone (Leasecorp.)**
**12. Milestone (Leasecorp.)**
**13. Navitas**

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.4 | **BSB Leasing** |
|---|---|
| | Creditor's Name |

**7800 S. Elati St.**
**Littleton, CO 80120**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
**10/2023**
**Last 4 digits of account number**
**6381**

**Do multiple creditors have an interest in the same property?**
☐ No
■ Yes. Specify each creditor, including this creditor and its relative priority.
**Specified on line 2.3**

**Describe debtor's property that is subject to a lien**
**Staging Furniture (See Attached Inventory - Original payments were approximately $2,000,000, however as used furniture, value is likely reduced to 15 to 10% of original values, especially for older items).**

**Describe the lien**
**UCC Financing Statement**

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

$0.00          $250,000.00

---

| 2.5 | **Contract Care** |
|---|---|
| | Creditor's Name |

**P.O. Box 2149**
**Gig Harbor, WA 98335**
Creditor's mailing address

Creditor's email address, if known

**Describe debtor's property that is subject to a lien**

**Describe the lien**

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**

$0.00          $0.00

---

Debtor  **Everything Creative, Inc.**                                  Case number (if known) _____
_____
Name

Date debt was incurred                    ■ No
                                          ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)
Last 4 digits of account number

Do multiple creditors have an            **As of the petition filing date, the claim is:**
interest in the same property?           Check that all apply
■ No                                     ☐ Contingent
☐ Yes. Specify each creditor,            ☐ Unliquidated
including this creditor and its relative ☐ Disputed
priority.

---

| 2.6 | **Dedicated Funding** | Describe debtor's property that is subject to a lien | **$7,626.00** | **$250,000.00** |
|---|---|---|---|---|

Creditor's Name

**Staging Furniture (See Attached Inventory - Original payments were approximately $2,000,000, however as used furniture, value is likely reduced to 15 to 10% of original values, especially for older items).**

**8600 E. 4500 S. #312 Salt Lake City, UT 84107**
Creditor's mailing address

Describe the lien
_____

**Is the creditor an insider or related party?**
■ No
☐ Yes
Creditor's email address, if known

**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Date debt was incurred
**3/2022**
Last 4 digits of account number
**2974**

Do multiple creditors have an            **As of the petition filing date, the claim is:**
interest in the same property?           Check that all apply
☐ No                                     ☐ Contingent
■ Yes. Specify each creditor,            ☐ Unliquidated
including this creditor and its relative ☐ Disputed
priority.
**Specified on line 2.3**

---

| 2.7 | **Financial Pacific Leasing** | Describe debtor's property that is subject to a lien | **$40,628.00** | **$250,000.00** |
|---|---|---|---|---|

Creditor's Name

**Staging Furniture (See Attached Inventory - Original payments were approximately $2,000,000, however as used furniture, value is likely reduced to 15 to 10% of original values, especially for older items).**

**3455 S. 344th Way Ste. 300 Auburn, WA 98001**
Creditor's mailing address

Describe the lien
**UCC Financing Statement**

**Is the creditor an insider or related party?**
■ No
☐ Yes
Creditor's email address, if known

**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Date debt was incurred
**9/2023**
Last 4 digits of account number
**1301**

Do multiple creditors have an            **As of the petition filing date, the claim is:**
interest in the same property?           Check that all apply
☐ No                                     ☐ Contingent
■ Yes. Specify each creditor,            ☐ Unliquidated
including this creditor and its relative ☐ Disputed
priority.
**Specified on line 2.3**

---

Debtor  **Everything Creative, Inc.**                                        Case number (if known) _____
          Name

| 2.8 | **First Commonwealth** | Describe debtor's property that is subject to a lien | $49,618.13 | $250,000.00 |
|---|---|---|---|---|

Creditor's Name

**920 Cassatt Road
Suite 310
Berwyn, PA 19312**

Creditor's mailing address

**Staging Furniture (See Attached Inventory - Original payments were approximately $2,000,000, however as used furniture, value is likely reduced to 15 to 10% of original values, especially for older items).**

Describe the lien
**UCC Financing Statement**
Is the creditor an insider or related party?

Creditor's email address, if known

■ No
□ Yes
Is anyone else liable on this claim?

Date debt was incurred
**9/2023**
Last 4 digits of account number
**7977**

■ No
□ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Do multiple creditors have an interest in the same property?
□ No
■ Yes. Specify each creditor, including this creditor and its relative priority.
**Specified on line 2.3**

As of the petition filing date, the claim is:
Check all that apply
□ Contingent
□ Unliquidated
□ Disputed

| 2.9 | **First Commonwealth** | Describe debtor's property that is subject to a lien | $20,922.09 | $250,000.00 |
|---|---|---|---|---|

Creditor's Name

**920 Cassatt Road
Suite 310
Berwyn, PA 19312**

Creditor's mailing address

**Staging Furniture (See Attached Inventory - Original payments were approximately $2,000,000, however as used furniture, value is likely reduced to 15 to 10% of original values, especially for older items).**

Describe the lien
**UCC Financing Statement**
Is the creditor an insider or related party?

Creditor's email address, if known

■ No
□ Yes
Is anyone else liable on this claim?

Date debt was incurred

Last 4 digits of account number
**8400**

■ No
□ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Do multiple creditors have an interest in the same property?
□ No
■ Yes. Specify each creditor, including this creditor and its relative priority.
**Specified on line 2.3**

As of the petition filing date, the claim is:
Check all that apply
□ Contingent
□ Unliquidated
□ Disputed

| 2.10 | **First Foundation Bank** | Describe debtor's property that is subject to a lien | $12,540.00 | $250,000.00 |
|---|---|---|---|---|

Creditor's Name

**5403 Olympic Dr.
Gig Harbor, WA 98335**

Creditor's mailing address

**Staging Furniture (See Attached Inventory - Original payments were approximately $2,000,000, however as used furniture, value is likely reduced to 15 to 10% of original values, especially for older items).**

Describe the lien
**UCC Financing Statement**

Debtor    **Everything Creative, Inc.**                                              Case number (if known) _____
          Name

|  |  |
|---|---|
| Creditor's email address, if known | **Is the creditor an insider or related party?**<br>■ No<br>☐ Yes |
| **Date debt was incurred**<br>**3/2025** | **Is anyone else liable on this claim?**<br>☐ No<br>■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) |
| **Last 4 digits of account number**<br>**6381** |  |
| **Do multiple creditors have an interest in the same property?**<br>☐ No<br><br>■ Yes. Specify each creditor, including this creditor and its relative priority.<br>**Specified on line 2.3** | **As of the petition filing date, the claim is:**<br>Check all that apply<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |

---

| 2.11 | **Fresh Funding Solutions** | **Describe debtor's property that is subject to a lien** | $28,750.00 | $250,000.00 |
|---|---|---|---|---|

|  |  |
|---|---|
| Creditor's Name | **Staging Furniture (See Attached Inventory - Original payments were approximately $2,000,000, however as used furniture, value is likely reduced to 15 to 10% of original values, especially for older items).** |
| **42 Broadway, #1815**<br>**New York, NY 10004** |  |
| Creditor's mailing address | **Describe the lien**<br>**UCC Financing Statement** |
|  | **Is the creditor an insider or related party?**<br>■ No<br>☐ Yes |
| Creditor's email address, if known | **Is anyone else liable on this claim?**<br>☐ No<br>■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) |
| **Date debt was incurred**<br>**12/2024** |  |
| **Last 4 digits of account number** |  |
| **Do multiple creditors have an interest in the same property?**<br>☐ No<br><br>■ Yes. Specify each creditor, including this creditor and its relative priority.<br>**Specified on line 2.3** | **As of the petition filing date, the claim is:**<br>Check all that apply<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |

---

| 2.12 | **m2 Equipment Finance LLC** | **Describe debtor's property that is subject to a lien** | $9,999.08 | $250,000.00 |
|---|---|---|---|---|

|  |  |
|---|---|
| Creditor's Name | **Staging Furniture (See Attached Inventory - Original payments were approximately $2,000,000, however as used furniture, value is likely reduced to 15 to 10% of original values, especially for older items).** |
| **20800 Swenson Drive**<br>**Waukesha, WI 53186** |  |
| Creditor's mailing address | **Describe the lien**<br>**UCC Financing Statement** |
|  | **Is the creditor an insider or related party?**<br>■ No<br>☐ Yes |
| Creditor's email address, if known | **Is anyone else liable on this claim?**<br>■ No<br>☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) |
| **Date debt was incurred**<br>**6/2022** |  |
| **Last 4 digits of account number**<br>**7501** |  |

Debtor **Everything Creative, Inc.**
_____
Name

Case number (if known) _____

| | |
|---|---|
| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** |
| ☐ No | Check all that apply |
| ■ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Contingent |
| **Specified on line 2.3** | ☐ Unliquidated |
| | ☐ Disputed |

---

| 2.1 3 | **m2 Equipment Finance LLC** | **Describe debtor's property that is subject to a lien** | $15,820.76 | $250,000.00 |
|---|---|---|---|---|

Creditor's Name

**Describe debtor's property that is subject to a lien**
**Staging Furniture (See Attached Inventory - Original payments were approximately $2,000,000, however as used furniture, value is likely reduced to 15 to 10% of original values, especially for older items).**

**20800 Swenson Drive**
**Waukesha, WI 53186**
Creditor's mailing address

**Describe the lien**
**UCC Financing Statement**
**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out _Schedule H: Codebtors_ (Official Form 206H)

**Date debt was incurred**
**8/2022**
**Last 4 digits of account number**
**7502**

**Do multiple creditors have an interest in the same property?**
☐ No
■ Yes. Specify each creditor, including this creditor and its relative priority.
**Specified on line 2.3**

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.1 4 | **m2 Equipment Finance LLC** | **Describe debtor's property that is subject to a lien** | $47,087.68 | $250,000.00 |
|---|---|---|---|---|

Creditor's Name

**Describe debtor's property that is subject to a lien**
**Staging Furniture (See Attached Inventory - Original payments were approximately $2,000,000, however as used furniture, value is likely reduced to 15 to 10% of original values, especially for older items).**

**20800 Swenson Drive**
**Waukesha, WI 53186**
Creditor's mailing address

**Describe the lien**
**UCC Financing Statement**
**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out _Schedule H: Codebtors_ (Official Form 206H)

**Date debt was incurred**
**4/2024**
**Last 4 digits of account number**
**7503**

**Do multiple creditors have an interest in the same property?**
☐ No
■ Yes. Specify each creditor, including this creditor and its relative priority.
**Specified on line 2.3**

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

Debtor **Everything Creative, Inc.**
_____
Name

Case number (*if known*) _____

| 2.15 | **m2 Equipment Finance LLC** | **Describe debtor's property that is subject to a lien** | $108,784.82 | $250,000.00 |

Creditor's Name

**Describe debtor's property that is subject to a lien**
**Staging Furniture (See Attached Inventory - Original payments were approximately $2,000,000, however as used furniture, value is likely reduced to 15 to 10% of original values, especially for older items).**

**20800 Swenson Drive**
**Waukesha, WI 53186**
Creditor's mailing address

**Describe the lien**
**UCC Financing Statement**

Creditor's email address, if known

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Date debt was incurred
**5/2024**
Last 4 digits of account number
**7504**

Do multiple creditors have an interest in the same property?
☐ No
■ Yes. Specify each creditor, including this creditor and its relative priority.
**Specified on line 2.3**

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.16 | **Milestone (Leasecorp.)** | **Describe debtor's property that is subject to a lien** | $9,800.00 | $250,000.00 |

Creditor's Name

**Describe debtor's property that is subject to a lien**
**Staging Furniture (See Attached Inventory - Original payments were approximately $2,000,000, however as used furniture, value is likely reduced to 15 to 10% of original values, especially for older items).**

**50 W. Big Beaver**
**Suite 245**
**Troy, MI 48084**
Creditor's mailing address

**Describe the lien**
**UCC Financing Statement**

Creditor's email address, if known

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Date debt was incurred
**3/2022**
Last 4 digits of account number
**7001**

Do multiple creditors have an interest in the same property?
☐ No
■ Yes. Specify each creditor, including this creditor and its relative priority.
**Specified on line 2.3**

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.17 | **Milestone (Leasecorp.)** | **Describe debtor's property that is subject to a lien** | $113,436.40 | $250,000.00 |

Creditor's Name

**Describe debtor's property that is subject to a lien**
**Staging Furniture (See Attached Inventory - Original payments were approximately $2,000,000, however as used furniture, value is likely reduced to 15 to 10% of original values, especially for older items).**

**50 W. Big Beaver**
**Suite 245**
**Troy, MI 48084**
Creditor's mailing address

**Describe the lien**

Debtor  **Everything Creative, Inc.**                                    Case number (*if known*) _____
        <sub>Name</sub>

**UCC Financing Statement**

**Is the creditor an insider or related party?**

Creditor's email address, if known          ■ No
_____                     ☐ Yes

                                            **Is anyone else liable on this claim?**

**Date debt was incurred**                  ■ No
**11/2023**                                 ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)
**Last 4 digits of account number**
**7002**

**Do multiple creditors have an             **As of the petition filing date, the claim is:**
interest in the same property?**            Check all that apply
☐ No                                        ☐ Contingent
■ Yes. Specify each creditor,               ☐ Unliquidated
including this creditor and its relative    ☐ Disputed
priority.
**Specified on line 2.3**

---

| 2.1 8 | **Milestone (Leasecorp.)** | | $42,947.00 | $250,000.00 |
|---|---|---|---|---|

|       | <sub>Creditor's Name</sub> |

**Describe debtor's property that is subject to a lien**
**Staging Furniture (See Attached Inventory -
Original payments were approximately
$2,000,000, however as used furniture, value
is likely reduced to 15 to 10% of original
values, especially for older items).**

**50 W. Big Beaver**
**Suite 245**
**Troy, MI 48084**
<sub>Creditor's mailing address</sub>

**Describe the lien**
**UCC Financing Statement**

**Is the creditor an insider or related party?**

Creditor's email address, if known          ■ No
_____                     ☐ Yes

                                            **Is anyone else liable on this claim?**

**Date debt was incurred**                  ■ No
**11/2023**                                 ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)
**Last 4 digits of account number**
**7003**

**Do multiple creditors have an             **As of the petition filing date, the claim is:**
interest in the same property?**            Check all that apply
☐ No                                        ☐ Contingent
■ Yes. Specify each creditor,               ☐ Unliquidated
including this creditor and its relative    ☐ Disputed
priority.
**Specified on line 2.3**

---

| 2.1 9 | **National Funding, Inc.** | | $73,245.38 | $250,000.00 |
|---|---|---|---|---|

|       | <sub>Creditor's Name</sub> |

**Describe debtor's property that is subject to a lien**
**Staging Furniture (See Attached Inventory -
Original payments were approximately
$2,000,000, however as used furniture, value
is likely reduced to 15 to 10% of original
values, especially for older items).**

**4380 La Jolla Village Dr**
**San Diego, CA 92122**
<sub>Creditor's mailing address</sub>

**Describe the lien**
**UCC-1 Financing Statement**

**Is the creditor an insider or related party?**

                                            ■ No
                                            ☐ Yes

Creditor's email address, if known          **Is anyone else liable on this claim?**
_____                     ■ No
                                            ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)
**Date debt was incurred**
**1/11/2023**
**Last 4 digits of account number**
**2ML1**

Debtor **Everything Creative, Inc.**
_____
Name

Case number (*if known*) _____

| | |
|---|---|
| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply |
| ☐ No | ☐ Contingent |
| ■ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| **Specified on line 2.3** | ☐ Disputed |

---

| 2.2 0 | **National Funding, Inc.** | | | |
|---|---|---|---|---|
| | Creditor's Name | | | |

**Describe debtor's property that is subject to a lien**    $294,135.71    $250,000.00

**Staging Furniture (See Attached Inventory - Original payments were approximately $2,000,000, however as used furniture, value is likely reduced to 15 to 10% of original values, especially for older items).**

**4380 La Jolla Village Dr**
**San Diego, CA 92122**
Creditor's mailing address

**Describe the lien**
**UCC- 1 Financing Statement**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**10/19/2023**
**Last 4 digits of account number**
**030G**

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Do multiple creditors have an interest in the same property?**
☐ No
■ Yes. Specify each creditor, including this creditor and its relative priority.
**Specified on line 2.3**

---

| 2.2 1 | **National Funding, Inc.** | | | |
|---|---|---|---|---|
| | Creditor's Name | | | |

**Describe debtor's property that is subject to a lien**    $175,704.13    $250,000.00

**Staging Furniture (See Attached Inventory - Original payments were approximately $2,000,000, however as used furniture, value is likely reduced to 15 to 10% of original values, especially for older items).**

**4380 La Jolla Village Dr**
**San Diego, CA 92122**
Creditor's mailing address

**Describe the lien**
**UCC-1 Financing Statement**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**12/7/23**
**Last 4 digits of account number**
**30G1**

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Do multiple creditors have an interest in the same property?**
☐ No
■ Yes. Specify each creditor, including this creditor and its relative priority.
**Specified on line 2.3**

---

Debtor    **Everything Creative, Inc.**                                        Case number (if known) _____
         Name

| | | |
|---|---|---|

**2.2
2**    **Navitas Credit Corp.**
        Creditor's Name

Describe debtor's property that is subject to a lien                $100,847.04        $250,000.00

**Staging Furniture (See Attached Inventory -
Original payments were approximately
$2,000,000, however as used furniture, value
is likely reduced to 15 to 10% of original
values, especially for older items).**

**201 Executive Center Drive
Suite 100
Columbia, SC 29210**
Creditor's mailing address

Describe the lien

**UCC Financing Statement**
Is the creditor an insider or related party?

■ No
□ Yes

Creditor's email address, if known

Is anyone else liable on this claim?

■ No

Date debt was incurred
**2/2024**

□ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Last 4 digits of account number
**1852**

Do multiple creditors have an
interest in the same property?
□ No

As of the petition filing date, the claim is:
Check all that apply
□ Contingent

■ Yes. Specify each creditor,
including this creditor and its relative
priority.
**Specified on line 2.3**

□ Unliquidated
□ Disputed

---

**2.2
3**    **NewCo Capital Group**
        Creditor's Name

Describe debtor's property that is subject to a lien                $25,000.00        $250,000.00

**Staging Furniture (See Attached Inventory -
Original payments were approximately
$2,000,000, however as used furniture, value
is likely reduced to 15 to 10% of original
values, especially for older items).**

**90 Broad Street, Suite 903
New York, NY 10004**
Creditor's mailing address

Describe the lien

**UCC Financing Statement**
Is the creditor an insider or related party?

■ No
□ Yes

Creditor's email address, if known

Is anyone else liable on this claim?

■ No

Date debt was incurred
**11/2024**

□ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Last 4 digits of account number

Do multiple creditors have an
interest in the same property?
□ No

As of the petition filing date, the claim is:
Check all that apply
□ Contingent

■ Yes. Specify each creditor,
including this creditor and its relative
priority.
**Specified on line 2.3**

□ Unliquidated
□ Disputed

---

**2.2
4**    **Pawnee Leasing
Corporation**
        Creditor's Name

Describe debtor's property that is subject to a lien                $4,750.14        $250,000.00

**Staging Furniture (See Attached Inventory -
Original payments were approximately
$2,000,000, however as used furniture, value
is likely reduced to 15 to 10% of original
values, especially for older items).**

**3801 Automation Way
Suite 207
Fort Collins, CO 80525**
Creditor's mailing address

Describe the lien

**UCC Financing Statement**

---

Official Form 206D          Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**          page 11 of 14

Debtor **Everything Creative, Inc.** _____

Name

Case number (*if known*) _____

| | |
|---|---|
| _____ Creditor's email address, if known | **Is the creditor an insider or related party?**<br>■ No<br>☐ Yes<br>**Is anyone else liable on this claim?** |
| **Date debt was incurred**<br>**3/15/22**<br>**Last 4 digits of account number**<br>**0579** | ■ No<br>☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) |
| **Do multiple creditors have an interest in the same property?**<br>☐ No<br><br>■ Yes. Specify each creditor, including this creditor and its relative priority.<br>**Specified on line 2.3** | **As of the petition filing date, the claim is:**<br>Check all that apply<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |

---

| | | | |
|---|---|---|---|
| 2.2 5 | **Pawnee Leasing Corporation**<br>Creditor's Name<br><br>**3801 Automation Way Suite 207**<br>**Fort Collins, CO 80525**<br>Creditor's mailing address | **Describe debtor's property that is subject to a lien**<br>**Staging Furniture (See Attached Inventory - Original payments were approximately $2,000,000, however as used furniture, value is likely reduced to 15 to 10% of original values, especially for older items).**<br><br>**Describe the lien**<br>**UCC Financing Statement** | **$2,100.00**  **$250,000.00** |

| | |
|---|---|
| _____ Creditor's email address, if known | **Is the creditor an insider or related party?**<br>■ No<br>☐ Yes<br>**Is anyone else liable on this claim?** |
| **Date debt was incurred**<br>**10/15/23**<br>**Last 4 digits of account number**<br>**6429** | ■ No<br>☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) |
| **Do multiple creditors have an interest in the same property?**<br>☐ No<br><br>■ Yes. Specify each creditor, including this creditor and its relative priority.<br>**Specified on line 2.3** | **As of the petition filing date, the claim is:**<br>Check all that apply<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |

---

| | | | |
|---|---|---|---|
| 2.2 6 | **Pawnee Leasing Corporation**<br>Creditor's Name<br><br>**3801 Automation Way Suite 207**<br>**Fort Collins, CO 80525**<br>Creditor's mailing address | **Describe debtor's property that is subject to a lien**<br>**Staging Furniture (See Attached Inventory - Original payments were approximately $2,000,000, however as used furniture, value is likely reduced to 15 to 10% of original values, especially for older items).**<br><br>**Describe the lien**<br>**UCC Financing Statement** | **$25,000.00**  **$250,000.00** |

| | |
|---|---|
| _____ Creditor's email address, if known | **Is the creditor an insider or related party?**<br>■ No<br>☐ Yes<br>**Is anyone else liable on this claim?** |
| **Date debt was incurred**<br>**4/15/24**<br>**Last 4 digits of account number**<br>**8701** | ■ No<br>☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) |

---

Debtor **Everything Creative, Inc.**
_____
Name

Case number (if known) _____

| | |
|---|---|
| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply |
| ☐ No | ☐ Contingent |
| ■ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| **Specified on line 2.3** | ☐ Disputed |

---

| 2.2 7 | **Penske Truck** | Describe debtor's property that is subject to a lien | $0.00 | $0.00 |
|---|---|---|---|---|

Creditor's Name

**America Route 10 Green Hills
Reading, PA 19603**

Creditor's mailing address

**2019 Isuzu 16 foot truck - 39,201 miles approx. (Leased Vehicle - value $27,000)
2024 Hino IL6 - 9,545 miles approx. (Leased Vehicle - value $77,000)**

Describe the lien

Creditor's email address, if known

**Is the creditor an insider or related party?**
■ No
☐ Yes
**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out _Schedule H: Codebtors_ (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

| | |
|---|---|
| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply |
| ☐ No | ☐ Contingent |
| ■ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| **1. Penske Truck** | ☐ Disputed |
| **2. Velocity Truck** | |

---

| 2.2 8 | **Rapid Finance** | Describe debtor's property that is subject to a lien | $25,000.00 | $54,000.00 |
|---|---|---|---|---|

Creditor's Name

**4500 East West Highway
6th Floor
Bethesda, MD 20814**

Creditor's mailing address

**90 days or less: Furniture rentals due at escrow**

Describe the lien
**UCC Financing Statement**

Creditor's email address, if known

**Is the creditor an insider or related party?**
■ No
☐ Yes
**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out _Schedule H: Codebtors_ (Official Form 206H)

**Date debt was incurred**
**10/2024**
**Last 4 digits of account number**
**6238**

| | |
|---|---|
| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply |
| ■ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ☐ Disputed |

---

| 2.2 9 | **Velocity Truck** | Describe debtor's property that is subject to a lien | $0.00 | $0.00 |
|---|---|---|---|---|

Debtor    **Everything Creative, Inc.**                                    Case number (if known) _____
_____
Name

| | |
|---|---|
| Creditor's Name | **2019 Isuzu 16 foot truck - 39,201 miles approx. (Leased Vehicle - value $27,000) 2024 Freightliner M2-106 26ft. Truck - 6,212 miles approx. - (Leased Vehicle - value $100,000)** |
| **9740 Olsen Drive San Diego, CA 92121** | |
| Creditor's mailing address | **Describe the lien** |
| | _____ |
| | **Is the creditor an insider or related party?** |
| | ■ No |
| Creditor's email address, if known | ☐ Yes |
| | **Is anyone else liable on this claim?** |
| **Date debt was incurred** | ■ No |
| | ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) |
| **Last 4 digits of account number** | |
| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply |
| ☐ No | ☐ Contingent |
| ■ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ☐ Disputed |
| **Specified on line 2.27** | |

---

3. Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any. | **$1,305,938.47**

---

**Part 2:**  **List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name  and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| | | |

**Fill in this information to identify the case:**

Debtor name  **Everything Creative, Inc.**

United States Bankruptcy Court for the:  SOUTHERN DISTRICT OF CALIFORNIA

Case number (if known)

☐ Check if this is an amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims     12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:   List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ☒ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | | Total claim | Priority amount |
|---|---|---|---|---|
| **2.1** | Priority creditor's name and mailing address<br>**Aaron Ortega**<br>**579 James Street, Apt. B**<br>**Chula Vista, CA 91910** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $919.70 | $919.70 |
| | Date or dates debt was incurred<br>**5/1/25 to 5/9/25** | Basis for the claim:<br>**Wages** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>☒ No<br>☐ Yes | | |
| **2.2** | Priority creditor's name and mailing address<br>**Alessandro Torres**<br>**1482 15th Street**<br>**Imperial Beach, CA 91932** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $1,389.00 | $1,389.00 |
| | Date or dates debt was incurred<br>**5/1/25 to 5/9/25** | Basis for the claim:<br>**Salary** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>☒ No<br>☐ Yes | | |

39665

| Debtor | **Everything Creative, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 2.3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,307.35 | $1,307.35 |
|---|---|---|---|---|

**Ashley Snow**
**4371 Piper Street**
**San Diego, CA 92117**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **5/1/25 to 5/9/25** | **Wages** |

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.4 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,750.00 | $1,750.00 |
|---|---|---|---|---|

**Carol Kaplan**
**11255 Caminito Aclara**
**San Diego, CA 92126**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **5/1/25 to 5/9/25** | **Salary** |

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.5 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $285,207.91 | $285,207.91 |
|---|---|---|---|---|

**CDTFA**
**P.O. 942879**
**Sacramento, CA 94279-0001**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **4/2024** | **Sales Tax** |

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| 2.6 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,708.00 | $2,708.00 |
|---|---|---|---|---|

**Daniella Kaplan**
**12805 Carriage Heights Way**
**Poway, CA 92064**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **5/1/25 to 5/9/25** | **Salary** |

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

| Debtor | **Everything Creative, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 2.7 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $537.52 | $537.52 |
|---|---|---|---|---|
| | **Emmauel Elizondo** | *Check all that apply.* | | |
| | **1423 Manzana Way** | ☐ Contingent | | |
| | **San Diego, CA 92139** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |

Date or dates debt was incurred
**5/1/25 to 5/9/25**

Basis for the claim:
**Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

| 2.8 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $878.38 | $878.38 |
|---|---|---|---|---|
| | **Fabian Virgen Perez** | *Check all that apply.* | | |
| | **1230 Tobias Drive, Unit 3** | ☐ Contingent | | |
| | **Chula Vista, CA 91911** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |

Date or dates debt was incurred
**5/1/25 to 5/9/25**

Basis for the claim:
**Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

| 2.9 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $960.68 | $960.68 |
|---|---|---|---|---|
| | **Fredley Maun Jr.** | *Check all that apply.* | | |
| | **5005 Trojan Avenue, Apt. 8** | ☐ Contingent | | |
| | **San Diego, CA 92115** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |

Date or dates debt was incurred
**5/1/25 to 5/9/25**

Basis for the claim:
**Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

| 2.10 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,151.89 | $1,151.89 |
|---|---|---|---|---|
| | **Giovannna Allain** | *Check all that apply.* | | |
| | **214 Grape Street** | ☐ Contingent | | |
| | **San Diego, CA 92101** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |

Date or dates debt was incurred
**5/1/25 to 5/9/25**

Basis for the claim:
**Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

Debtor **Everything Creative, Inc.**                                    Case number (if known) _____

Name

| | | |
|---|---|---|
| 2.11 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $923.78 | $923.78 |

**Haley Nelson**
**6578 Scaup Street**
**Carlsbad, CA 92011**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **5/1/25 to 5/9/25** | **Wages** |

Last 4 digits of account number                    Is the claim subject to offset?
Specify Code subsection of PRIORITY                 ■ No
unsecured claim: 11 U.S.C. § 507(a) (4)             ☐ Yes

---

2.12    Priority creditor's name and mailing address    As of the petition filing date, the claim is:    $1,386.00    $1,386.00

**Isabelle Meszaros**
**404 Encinitas Blvd., Apt. 436**
**Encinitas, CA 92024**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred        Basis for the claim:
**5/1/25 to 5/9/25**                   **Salary**

Last 4 digits of account number                    Is the claim subject to offset?
Specify Code subsection of PRIORITY                 ■ No
unsecured claim: 11 U.S.C. § 507(a) (4)             ☐ Yes

---

2.13    Priority creditor's name and mailing address    As of the petition filing date, the claim is:    $667.00    $667.00

**Jeffery Kaplan**
**11255 Caminito Aclara**
**San Diego, CA 92126**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred        Basis for the claim:
**5/1/25 to 5/9/25**                   **Salary**

Last 4 digits of account number                    Is the claim subject to offset?
Specify Code subsection of PRIORITY                 ■ No
unsecured claim: 11 U.S.C. § 507(a) (4)             ☐ Yes

---

2.14    Priority creditor's name and mailing address    As of the petition filing date, the claim is:    $0.00    $0.00

**Jesus Hernandez**
**4416 Delta Street, Apt. 5**
**San Diego, CA 92116**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred        Basis for the claim:
**5/1/25 to 5/9/25**                   **Wages**

Last 4 digits of account number                    Is the claim subject to offset?
Specify Code subsection of PRIORITY                 ■ No
unsecured claim: 11 U.S.C. § 507(a) (4)             ☐ Yes

| Debtor | Everything Creative, Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 2.15 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $918.75 | $918.75 |
|---|---|---|---|---|
| | **John Atwood**<br>**1641 Seattle Slew Way**<br>**Oceanside, CA 92057** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>**5/1/25 to 5/9/25** | Basis for the claim:<br>**Wages** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes | | |

| 2.16 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,965.78 | $1,965.78 |
|---|---|---|---|---|
| | **Jose Daniel Gallardo**<br>**203 Laurel Avenue, Apt. 55**<br>**National City, CA 91950** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>**5/1/25 to 5/9/25** | Basis for the claim:<br>**Wages** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes | | |

| 2.17 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,046.45 | $2,046.45 |
|---|---|---|---|---|
| | **Jose Delgado Salinas**<br>**580 Telegraph Canyon Road**<br>**Suite D**<br>**Chula Vista, CA 91910** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>**5/1/25 to 5/9/25** | Basis for the claim:<br>**Wages** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes | | |

| 2.18 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,554.25 | $1,554.25 |
|---|---|---|---|---|
| | **Karolina Alcaraz**<br>**8405 Denton Street**<br>**Santee, CA 92071** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>**5/1/25 to 5/9/25** | Basis for the claim:<br>**Wages** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes | | |

| Debtor | Everything Creative, Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**2.19** | Priority creditor's name and mailing address
**Kelly Frazelle**
**4602 Oregon Street**
**San Diego, CA 92116**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$1,976.00**     **$1,389.00**

Date or dates debt was incurred
**4/1/25 to 5/9/25**

Basis for the claim:
**Salary and commissions**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.20** | Priority creditor's name and mailing address
**Kim Kelly**
**3707 Calle Cortejo**
**Rancho Santa Fe, CA 92091**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$10,913.50**     **$645.50**

Date or dates debt was incurred
**4/1/25 to 5/9/25**

Basis for the claim:
**Salary and commissions**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.21** | Priority creditor's name and mailing address
**Levi Christian**
**1641 Seattle Slew Way**
**Oceanside, CA 92057**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$1,480.49**     **$1,480.49**

Date or dates debt was incurred
**5/1/25 to 5/9/25**

Basis for the claim:
**Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.22** | Priority creditor's name and mailing address
**Lori Wilson**
**1881 Rockhoff Road**
**Escondido, CA 92026**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$998.02**     **$394.75**

Date or dates debt was incurred
**4/1/25 to 5/9/25**

Basis for the claim:
**Wages and commissions**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Everything Creative, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 2.23 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,426.09 | $1,426.09 |
|---|---|---|---|---|

**Maykel Jose Gallardo Bermudez**
**203 Laurel Avenue, Apt. 55**
**National City, CA 91950**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**5/1/25 to 5/9/25**

Basis for the claim:
**Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.24 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $822.55 | $822.55 |
|---|---|---|---|---|

**Miguel Gallardo**
**203 Laurel Avenue, Apt. 55**
**National City, CA 91950**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**5/1/25 to 5/9/25**

Basis for the claim:
**Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.25 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $742.50 | $742.50 |
|---|---|---|---|---|

**Sophia Sarracino**
**762 Palomino Coutr**
**San Marcos, CA 92069**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**5/1/25 to 5/9/25**

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**Part 2:    List All Creditors with NONPRIORITY Unsecured Claims**

**3.**  List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | Amount of claim |
|---|---|---|

| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $67,000.00 |
|---|---|---|---|

**Brett Matus**
**13366 Twin Circle Court**
**Poway, CA 92064**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **9/2024**

Basis for the claim:  **Unsecured loan**

Last 4 digits of account number __

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Coastal Debt Relief**
**6700 N. Andrews Avenue**
**Suite 500**
**Fort Lauderdale, FL 33309**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2024**

Basis for the claim:  **Debt relief program, cancelled.**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Everything Creative, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 3.3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$58,334.78** |
|---|---|---|---|

**Friedman Trust**
**6748 Kenmar Way**
**San Diego, CA 92130**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  9/2022**

**Basis for the claim:  Unsecured loan.**

**Last 4 digits of account number  _**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$108,700.00** |
|---|---|---|---|

**Jeff Berkow**
**2149 Silent Echoes Drive**
**Henderson, NV 89044**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  5/2024**

**Basis for the claim:  Unsecured loan**

**Last 4 digits of account number  _**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$13,016.40** |
|---|---|---|---|

**John Hiatt**
**1231 W. Washington Blvd.**
**Fort Wayne, IN 46802**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  7/2023**

**Basis for the claim:  Personal Loan**

**Last 4 digits of account number  _**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|

**Prologis**
**41 Corporate Park**
**Suite 230**
**Irvine, CA 92606**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  January 2025**

**Basis for the claim:  Commercial Rental property.**

**Last 4 digits of account number  _**

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$42,892.90** |
|---|---|---|---|

**State Comp. Ins. Fund**
**P.O. Box 51092**
**Los Angeles, CA 90051**

☐ Contingent
☐ Unliquidated
■ Disputed

**Date(s) debt was incurred  April 2025**

**Basis for the claim:  Audit of state fund insurance**

**Last 4 digits of account number  _**

Is the claim subject to offset? ■ No  ☐ Yes

---

| Part 3: | List Others to Be Notified About Unsecured Claims |
|---|---|

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |
|---|---|

5. Add the amounts of priority and nonpriority unsecured claims.

| | | Total of claim amounts |
|---|---|---|
| **5a. Total claims from Part 1** | 5a. $ | 324,631.59 |
| **5b. Total claims from Part 2** | 5b. + $ | 289,944.08 |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. $ | 614,575.67 |

| Fill in this information to identify the case: |
|---|

Debtor name **Everything Creative, Inc.**

United States Bankruptcy Court for the: SOUTHERN DISTRICT OF CALIFORNIA

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                      12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1. **Does the debtor have any executory contracts or unexpired leases?**
   ☐ No. Check this box and file this form with the debtor's other schedules. There is nothing else to report on this form.
   ☑ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|
| **2.1.** State what the contract or lease is for and the nature of the debtor's interest | **Truck Leases - Isuzu listed.** |
| State the term remaining | |
| List the contract number of any government contract | **Penske Truck America Route 10 Green Hills Reading, PA 19603** |
| **2.2.** State what the contract or lease is for and the nature of the debtor's interest | **Hino Truck listed.** |
| State the term remaining | |
| List the contract number of any government contract | **Penske Truck America Route 10 Green Hills Reading, PA 19603** |
| **2.3.** State what the contract or lease is for and the nature of the debtor's interest | **Commercial Real Property Lease for warehouse and offices.** |
| State the term remaining | **September 2025, pending extension** |
| List the contract number of any government contract | **Prologis 9020 Activity Rd San Diego, CA 92126** |
| **2.4.** State what the contract or lease is for and the nature of the debtor's interest | **Isuzu Truck Lease** |
| State the term remaining | |
| List the contract number of any government contract | **Velocity Truck 9740 Olsen Drive San Diego, CA 92121** |

| Debtor 1 | **Everything Creative, Inc.** | | Case number *(if known)* | |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.5. | State what the contract or lease is for and the nature of the debtor's interest | **Hino IL6 Truck Lease** | |
|---|---|---|---|
| | State the term remaining | | **Velocity Truck** |
| | List the contract number of any government contract | | **9740 Olsen Drive** **San Diego, CA 92121** |

| 2.6. | State what the contract or lease is for and the nature of the debtor's interest | **2018 Nissan NV Lease** | |
|---|---|---|---|
| | State the term remaining | | **Velocity Truck** |
| | List the contract number of any government contract | | **9740 Olsen Drive** **San Diego, CA 92121** |

| 2.7. | State what the contract or lease is for and the nature of the debtor's interest | **Xerox Altalink C8035** | |
|---|---|---|---|
| | State the term remaining | | **Wells Fargo Bank** |
| | List the contract number of any government contract | | **420 Montgomery Street** **94101** |

| 2.8. | State what the contract or lease is for and the nature of the debtor's interest | **Xerox Altalink C8135** | |
|---|---|---|---|
| | State the term remaining | | **Wells Fargo Bank** |
| | List the contract number of any government contract | | **420 Montgomery Street** **94101** |

| **Fill in this information to identify the case:** |
|---|

Debtor name    **Everything Creative, Inc.**

United States Bankruptcy Court for the:    SOUTHERN DISTRICT OF CALIFORNIA

Case number (if known) _____

☐ Check if this is an
amended filing

## Official Form 206H
## Schedule H: Your Codebtors
12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

   **1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

*Column 1:* **Codebtor**     *Column 2:* **Creditor**

| | Name | Mailing Address | Name | Check all schedules that apply: |
|---|---|---|---|---|
| 2.1 | **Carol Kaplan** | **11255 Caminito Aclara**<br>**San Diego, CA 92126** | | ☐ D _____<br>☐ E/F _____<br>☐ G _____ |
| 2.2 | **Carol Kaplan** | **11255 Caminito Aclara**<br>**San Diego, CA 92126** | **Dedicated Funding** | ■ D   **2.6**__<br>☐ E/F _____<br>☐ G _____ |
| 2.3 | **Carol Kaplan** | **11255 Caminito Aclara**<br>**San Diego, CA 92126** | **Amur Equipment Finance** | ■ D   **2.2**__<br>☐ E/F _____<br>☐ G _____ |
| 2.4 | **Carol Kaplan** | **11255 Caminito Aclara**<br>**San Diego, CA 92126** | **BSB Leasing** | ■ D   **2.3**__<br>☐ E/F _____<br>☐ G _____ |
| 2.5 | **Carol Kaplan** | **11255 Caminito Aclara**<br>**San Diego, CA 92126** | **Financial Pacific Leasing** | ■ D   **2.7**__<br>☐ E/F _____<br>☐ G _____ |

Debtor    **Everything Creative, Inc.**                    Case number *(if known)* _____

| | Additional Page to List More Codebtors |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| Column 1: **Codebtor** | | Column 2: **Creditor** |
|---|---|---|

| 2.6 | **Carol Kaplan** | **11255 Caminito Aclara**<br>**San Diego, CA 92126** | **First Foundation**<br>**Bank** | ■ D  __**2.10**__<br>☐ E/F  _____<br>☐ G  _____ |
|---|---|---|---|---|
| 2.7 | **Carol Kaplan** | **11255 Caminito Aclara**<br>**San Diego, CA 92126** | **Fresh Funding**<br>**Solutions** | ■ D  __**2.11**__<br>☐ E/F  _____<br>☐ G  _____ |

**Fill in this information to identify the case:**

Debtor name    **Everything Creative, Inc.**

United States Bankruptcy Court for the:    SOUTHERN DISTRICT OF CALIFORNIA

Case number (if known)    _____

☐ Check if this is an
amended filing

## Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy                04/25

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

**Part 1:    Income**

1. **Gross revenue from business**

   ☐ None.

   | Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
   |---|---|---|
   | **From the beginning of the fiscal year to filing date:**<br>From  **1/01/2025** to **Filing Date** | ■ Operating a business<br>☐ Other  _____ | **$949,620.00** |
   | **For prior year:**<br>From  **1/01/2024** to **12/31/2024** | ■ Operating a business<br>☐ Other  _____ | **$3,842,285.00** |
   | **For year before that:**<br>From  **1/01/2023** to **12/31/2023** | ■ Operating a business<br>☐ Other  _____ | **$3,816,162.00** |

2. **Non-business revenue**
   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ■ None.

   | | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
   |---|---|---|

**Part 2:    List Certain Transfers Made Before Filing for Bankruptcy**

3. **Certain payments or transfers to creditors within 90 days before filing this case**
   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $8,575. (This amount may be adjusted on 4/01/28 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

   ☐ None.

   | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
   |---|---|---|---|

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com

| Debtor | Everything Creative, Inc. | | Case number *(if known)* | |
|---|---|---|---|---|

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| 3.1. Brett Matus<br>13366 Twin Circle Court<br>Poway, CA 92064 | January 10, 2025, February 10, 2025, March 10, 2025 ($20,000 each) | $60,000.00 | ☐ Secured debt<br>■ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.2. Fresh Funding<br>42 Broadway, #1815<br>New York, NY 10004 | Daily payments ($706) | $43,120.00 | ■ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.3. NewCo Capital Group<br>90 Broad Street, Suite 903<br>New York, NY 10004 | Daily ($605) | $36,905.00 | ■ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.4. Rapid Finance<br>4500 East West Highway<br>6th Floor<br>Bethesda, MD 20814 | Weekly on Thursdays ($2,530.49) | $30,365.00 | ■ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.5. Coastal Debt Relief<br>6700 N. Andrews Avenue<br>Suite 500<br>Fort Lauderdale, FL 33309 | Weekly ($5,500) | $55,000.00 | ■ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
   List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $8,575. (This amount may be adjusted on 4/01/28 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

   ☐ None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1. Jeff Kaplan<br>11255 Caminito Aclara<br>San Diego, CA 92126<br>Husband of 90% owner | Various | $2,831.00 | **Advanced expenses for corporation.** |
| 4.2. Daniella Kaplan<br>12805 Carriage Heights Way<br>Poway, CA 92064<br>Owner - CEO | March 2025 | $1,000.00 | **Reimbursement for Medical payment.** |

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com

Debtor **Everything Creative, Inc.**      Case number *(if known)* _____

| Insider's name and address Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| 4.3. **Carol Kaplan** **11255 Caminito Aclara** **San Diego, CA 92126** **Owner** | **Various** | **$46,700.00** | **Loan repayments.** |
| 4.4. **Jeff Kaplan** **11255 Caminito Aclara** **San Diego, CA 92126** **Spouse of owner** | **Various** | **$12,320.00** | **Loan repayments.** |

5. **Repossessions, foreclosures, and returns**
   List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

   ☑ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**
   List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

   ☑ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

**Part 3:**    Legal Actions or Assignments

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
   List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

   ☐ None.

| Case title Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.1. **m2 Equipment Finance LLC v. Everything Creative, Inc., et al.** **2025CV000216** | **Breach of Contract** | **State of Wis. Circ. Court** **515 W Moreland Blvd** **Waukesha, WI 53188** | ☑ Pending ☐ On appeal ☐ Concluded |
| 7.2. **Kenyn Eduardo Mejia v. Everything Creative, Inc., et al** **24CU20437C** | **Labor claims** | **San Diego Superior Court** **330 West Broadway** **San Diego, CA 92101** | ☑ Pending ☐ On appeal ☐ Concluded |
| 7.3. **Victor Sanchez Jr. v. Everything Creative, Inc.** **24CU021981C** | **PAGA lawsuit** | **San Diego Superior Court** **330 West Broadway** **San Diego, CA 92101** | ☑ Pending ☐ On appeal ☐ Concluded |
| 7.4. **National Funding, Inc. v. Everything Creative, Inc.** **24CU020977C** | **Breach of Contract** | **San Diego Superior Court** **330 West Broadway** **San Diego, CA 92101** | ☑ Pending ☐ On appeal ☐ Concluded |

8. **Assignments and receivership**
   List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

| Debtor | **Everything Creative, Inc.** | | Case number *(if known)* | |

■ None

9. **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

   ■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

   ■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | Dates of loss | Value of property lost |
|---|---|---|---|

11. **Payments related to bankruptcy**
    List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

   ☐ None.

| | Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **Bravo Law APC**<br>**3990 Old Town Avenue, A-103**<br>**San Diego, CA 92110** | | **3/1/25** | **$15,000.00** |
| | Email or website address | | | |
| | Who made the payment, if not debtor? | | | |

12. **Self-settled trusts of which the debtor is a beneficiary**
    List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
    Do not include transfers already listed on this statement.

   ■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

13. **Transfers not already listed on this statement**
    List any transfers of money or other property - by sale, trade, or any other means - made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

| Debtor | Everything Creative, Inc. | Case number *(if known)* | |
|---|---|---|---|

■ None.

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

| Part 7: | Previous Locations |
|---|---|

**14. Previous addresses**
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

■ Does not apply

| Address | Dates of occupancy From-To |
|---|---|

| Part 8: | Health Care Bankruptcies |
|---|---|

**15. Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

| Part 9: | Personally Identifiable Information |
|---|---|

**16. Does the debtor collect and retain personally identifiable information of customers?**

■ No.
☐ Yes. State the nature of the information collected and retained.

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☐ No. Go to Part 10.
■ Yes. Does the debtor serve as plan administrator?

　　■ No Go to Part 10.
　　☐ Yes. Fill in below:

| Part 10: | Certain Financial Accounts, Safe Deposit Boxes, and Storage Units |
|---|---|

**18. Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

■ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

**19. Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com

Debtor    **Everything Creative, Inc.**                                         Case number *(if known)*

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Does debtor still have it? |
|---|---|---|---|

**20. Off-premises storage**

List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|

**Part 11:    Property the Debtor Holds or Controls That the Debtor Does Not Own**

**21. Property held for another**

List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

■ None

**Part 12:    Details About Environment Information**

For the purpose of Part 12, the following definitions apply:

*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22.    Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

■ No.
☐ Yes. Provide details below.

| Case title Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

**23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**Part 13:    Details About the Debtor's Business or Connections to Any Business**

| Debtor | **Everything Creative, Inc.** | | Case number *(if known)* | |

**25. Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case.
Include this information even if already listed in the Schedules.

■ None

| Business name address | Describe the nature of the business | Employer Identification number |
| --- | --- | --- |
| | | Do not include Social Security number or ITIN. |
| | | **Dates business existed** |

**26. Books, records, and financial statements**

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | Date of service From-To |
| --- | --- |
| 26a.1. **Bit Co.** **8085 La Mesa Boulevard** **La Mesa, CA 91942** | **2007 to Present** |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

| Name and address | Date of service From-To |
| --- | --- |
| 26b.1. **Kept.Pro** **B Street, Suite 300-600** **San Diego, CA 92101** | **7/2023 to 7/2024** |
| Name and address | Date of service From-To |
| 26b.2. **Bit Co.** **8085 La Mesa Boulevard** **La Mesa, CA 91942** | **7/2024 to present** |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
| --- | --- |
| 26c.1. **Bit Co.** **8085 La Mesa Boulevard** **La Mesa, CA 91942** | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☐ None

| Name and address |
| --- |
| 26d.1. **Amur Equipment Finance** **304 W. 3rd Street, PO Box 2555** **Grand Island, NE 68801** |
| 26d.2. **Contact Care** **PO Box 2149** **Seattle, WA 98122** |

Debtor    **Everything Creative, Inc.**                                   Case number *(if known)* _____

| Name and address | | |
|---|---|---|
| 26d.3. | **Prologis**<br>**9020 Activity Rd**<br>**San Diego, CA 92126** | |
| 26d.4. | **National Funding**<br>**4380 La Jolla Village Dr**<br>**San Diego, CA 92122** | |
| 26d.5. | **CDTFA**<br>**P.O. 942879**<br>**Sacramento, CA 94279-0001** | |

27. **Inventories**
    Have any inventories of the debtor's property been taken within 2 years before filing this case?

    ☐ No
    ■ Yes. Give the details about the two most recent inventories.

| 27.1 | Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|---|
| . | Raul Santos | 11/2024 and 10/2023 | $695,000 (cost basis - 2024) and $530,000 (cost basis - 2023) |
| | **Name and address of the person who has possession of inventory records**<br>Daniella Kaplan<br>12805 Carriage Heights Way<br>Poway, CA 92064 | | |

28. **List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Carol Kaplan | 11255 Caminito Aclara<br>San Diego, CA 92126 | Chief Executive Officer and Secretary | 90 |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Daniella Kaplan | 12805 Carriage Heights Way<br>Poway, CA 92064 | Chief Financial Officer | 10 |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

    ■ No
    ☐ Yes. Identify below.

30. **Payments, distributions, or withdrawals credited or given to insiders**
    Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

    ☐ No
    ■ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com

Debtor   **Everything Creative, Inc.**                                   Case number *(if known)*

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.1. | **Danni Kaplan**<br>**555 Front Street**<br>**#1104**<br>**San Diego, CA 92101** | **$81,440** | **Various** | **Salary.** |
| | **Relationship to debtor**<br>**Owner - CEO** | | | |
| 30.2. | **Carol Kaplan**<br>**11255 Caminito Aclara**<br>**San Diego, CA 92126** | **$127,000** | **Various** | **Salary.** |
| | **Relationship to debtor**<br>**Owner - Officer** | | | |
| 30.3. | **Carol Kaplan**<br>**11255 Caminito Aclara**<br>**San Diego, CA 92126** | **$12,000** | **Various** | **Owners Distributions.** |
| | **Relationship to debtor**<br>**Owner - Officer** | | | |

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

■ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

■ No
☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|

**Part 14:  Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   __May 12, 2025__

__/s/ Carol Kaplan__                                __Carol Kaplan__
Signature of individual signing on behalf of the debtor          Printed name

Position or relationship to debtor   __Chief Executive Officer__

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
■ No
☐ Yes

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
## Southern District of California

In re **Everything Creative, Inc.** _____ Case No. _____

Debtor(s)         Chapter **11** _____

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1. Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

   For legal services, I have agreed to accept .................................... $     **15,000.00**

   Prior to the filing of this statement I have received .......................... $     **15,000.00**

   Balance Due ................................................................... $        **0.00**

2. The source of the compensation paid to me was:

   ■ Debtor     ☐ Other (specify):

3. The source of compensation to be paid to me is:

   ■ Debtor     ☐ Other (specify):

4. ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
   d. [Other provisions as needed]
      **Negotiations with secured creditors to reduce to market value; exemption planning; preparation and filing of reaffirmation agreements and applications as needed; preparation and filing of motions pursuant to 11 USC 522(f)(2)(A) for avoidance of liens on household goods.**

6. By agreement with the debtor(s), the above-disclosed fee does not include the following service:
   **Representation of the debtors in any dischargeability actions, judicial lien avoidances, relief from stay actions or any other adversary proceeding.**

---

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

**May 12, 2025** _____     /s/ Gustavo E. Bravo

*Date*                                       **Gustavo E. Bravo**

                                                *Signature of Attorney*

                                                **Bravo Law APC**
**3990 Old Town Avenue**
**Suite A103**
**San Diego, CA 92110**
**(619) 600-1394  Fax: (619) 688-1558**
**gbravo@bravolawapc.com**

*Name of law firm*

# United States Bankruptcy Court
## Southern District of California

In re  **Everything Creative, Inc.**

Debtor(s)

Case No.

Chapter  **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Carol Kaplan**<br>**11255 Caminito Aclara**<br>**San Diego, CA 92126** | **Shareholder** | **90%** | |
| **Danni Kaplan**<br>**555 Front Street**<br>**#1104**<br>**San Diego, CA 92101** | **Shareholder** | **10%** | |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **Chief Executive Officer** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date  **May 12, 2025**

Signature  **/s/ Carol Kaplan**

**Carol Kaplan**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

Sheet 1 of 1 in List of Equity Security Holders

**CSD 1008** [08/21/00]
Name, Address, Telephone No. & I.D. No.
**Gustavo E. Bravo**
**3990 Old Town Avenue**
**Suite A103**
**San Diego, CA 92110**
**(619) 600-1394**
**218752 CA**

**UNITED STATES BANKRUPTCY COURT**
SOUTHERN DISTRICT OF CALIFORNIA
325 West "F" Street, San Diego, California 92101-6991

In Re
**Everything Creative, Inc.**

BANKRUPTCY NO.

Debtor.

## VERIFICATION OF CREDITOR MATRIX

PART I (check and complete one):

■ New petition filed. Creditor diskette required.          TOTAL NO. OF CREDITORS: **52**

☐ Conversion filed on _____. *See instructions on reverse side.*
    ☐ Former Chapter 13 converting. Creditor diskette required.          TOTAL NO. OF CREDITORS:____
    ☐ Post-petition creditors added. Scannable matrix required.
    ☐ There are no post-petition creditors. No matrix required.

☐ Amendment or Balance of Schedules filed concurrently with this original scannable matrix affecting Schedule of Debts and/or Schedule of Equity Security Holders. *See instructions on reverse side.*
    ☐ Names and addresses are being ADDED.
    ☐ Names and addresses are being DELETED.
    ☐ Names and addresses are being CORRECTED.

PART II (check one):

■ The above-named Debtor(s) hereby verifies that the list of creditors is true and correct to the best of my (our) knowledge.

☐ The above-named Debtor(s) hereby verifies that there are no post-petition creditors affected by the filing of the conversion of this case and that the filing of a matrix is not required.

Date: **May 12, 2025**                    **/s/ Carol Kaplan**
                                          **Carol Kaplan**/**Chief Executive Officer**
                                          Signer/Title

**REFER TO INSTRUCTIONS ON REVERSE SIDE**
CSD 1008

CSD 1008 (Page 2) [08/21/00]

## INSTRUCTIONS

1)     Full compliance with <u>Special Requirements for Mailing Addresses</u> (CSD 1007) is required.

2)     A creditors matrix with <u>Verification</u> is required whenever the following occurs:

       a)     A new petition is filed. Diskette required.

       b)     A case is converted on or after SEPTEMBER 1, 2000. (See paragraph 4b concerning post-petition creditors.)

       c)     An amendment to a case on or after SEPTEMBER 1, 2000, which adds, deletes or changes creditor address information on the debtor's Schedule of Debts and/or Schedule of Equity Security Holders. Scannable matrix format required.

3)     The scannable matrix must be <u>originally</u> typed or printed. It may not be a copy.

4)     CONVERSIONS:

       a)     When converting a Chapter 13 case filed before SEPTEMBER 1, 2000, to another chapter, <u>ALL</u> creditors must be listed on the mailing matrix at the time of filing and accompanied by a <u>Verification</u>. Diskette required.

       b)     For Chapter 7, 11, or 12 cases converted on or after SEPTEMBER 1, 2000, <u>only post-petition creditors need be listed on the mailing matrix</u>. The matrix and <u>Verification</u> must be filed with the post-petition schedule of debts and/or schedule of equity security holders. If there are no post-petition creditors, only the verification form is required. Scannable matrix format required.

5)     AMENDMENTS AND BALANCE OF SCHEDULES:

       a)     <u>Scannable matrix format required.</u>

       b)     The matrix with <u>Verification</u> is a document separate from the amended schedules and may not be used to substitute for any portion of the schedules. IT MUST BE SUBMITTED WITH THE AMENDMENT/BALANCE OF SCHEDULES.

       c)     Prepare a separate page for each type of change required: ADDED, DELETED, or CORRECTED. On the **REVERSE** side of each matrix page, indicate which category that particular page belongs in. Creditors falling in the same category should be placed on the same page in alphabetical order.

6)     Please refer to CSD 1007 for additional information on how to avoid matrix-related problems.

CSD 1008

Aaron Ortega
579 James Street, Apt. B
Chula Vista, CA 91910


Alessandro Torres
1482 15th Street
Imperial Beach, CA 91932


Ally Servicing, LLC
PO Box 380901
Minneapolis, MN 55438


Amur Equipment Finance
304 W. 3rd Street, PO Box 2555
Grand Island, NE 68801


Ashley Snow
4371 Piper Street
San Diego, CA 92117


Brett Matus
13366 Twin Circle Court
Poway, CA 92064


BSB Leasing
7800 S. Elati St.
Littleton, CO 80120


Carol Kaplan
11255 Caminito Aclara
San Diego, CA 92126


CDTFA
P.O. 942879
Sacramento, CA 94279-0001

Coastal Debt Relief
6700 N. Andrews Avenue
Suite 500
Fort Lauderdale, FL 33309


Contract Care
P.O. Box 2149
Gig Harbor, WA 98335


Daniella Kaplan
12805 Carriage Heights Way
Poway, CA 92064


Dedicated Funding
8600 E. 4500 S.
#312
Salt Lake City, UT 84107


Emmauel Elizondo
1423 Manzana Way
San Diego, CA 92139


Fabian Virgen Perez
1230 Tobias Drive, Unit 3
Chula Vista, CA 91911


Financial Pacific Leasing
3455 S. 344th Way
Ste. 300
Auburn, WA 98001


First Commonwealth
920 Cassatt Road
Suite 310
Berwyn, PA 19312


First Foundation Bank
5403 Olympic Dr.
Gig Harbor, WA 98335

```
Fredley Maun Jr.
5005 Trojan Avenue, Apt. 8
San Diego, CA 92115


Fresh Funding Solutions
42 Broadway, #1815
New York, NY 10004


Friedman Trust
6748 Kenmar Way
San Diego, CA 92130


Giovannna Allain
214 Grape Street
San Diego, CA 92101


Haley Nelson
6578 Scaup Street
Carlsbad, CA 92011


Isabelle Meszaros
404 Encinitas Blvd., Apt. 436
Encinitas, CA 92024


Jeff Berkow
2149 Silent Echoes Drive
Henderson, NV 89044


Jeffery Kaplan
11255 Caminito Aclara
San Diego, CA 92126


Jesus Hernandez
4416 Delta Street, Apt. 5
San Diego, CA 92116
```

John Atwood
1641 Seattle Slew Way
Oceanside, CA 92057


John Hiatt
1231 W. Washington Blvd.
Fort Wayne, IN 46802


Jose Daniel Gallardo
203 Laurel Avenue, Apt. 55
National City, CA 91950


Jose Delgado Salinas
580 Telegraph Canyon Road
Suite D
Chula Vista, CA 91910


Karolina Alcaraz
8405 Denton Street
Santee, CA 92071


Kelly Frazelle
4602 Oregon Street
San Diego, CA 92116


Kim Kelly
3707 Calle Cortejo
Rancho Santa Fe, CA 92091


Levi Christian
1641 Seattle Slew Way
Oceanside, CA 92057


Lori Wilson
1881 Rockhoff Road
Escondido, CA 92026

m2 Equipment Finance LLC
20800 Swenson Drive
Waukesha, WI 53186


Maykel Jose Gallardo Bermudez
203 Laurel Avenue, Apt. 55
National City, CA 91950


Miguel Gallardo
203 Laurel Avenue, Apt. 55
National City, CA 91950


Milestone (Leasecorp.)
50 W. Big Beaver
Suite 245
Troy, MI 48084


National Funding, Inc.
4380 La Jolla Village Dr
San Diego, CA 92122


Navitas Credit Corp.
201 Executive Center Drive
Suite 100
Columbia, SC 29210


NewCo Capital Group
90 Broad Street, Suite 903
New York, NY 10004


Pawnee Leasing Corporation
3801 Automation Way
Suite 207
Fort Collins, CO 80525


Penske Truck
America Route 10 Green Hills
Reading, PA 19603

```
Prologis
41 Corporate Park
Suite 230
Irvine, CA 92606


Prologis
9020 Activity Rd
San Diego, CA 92126


Rapid Finance
4500 East West Highway
6th Floor
Bethesda, MD 20814


Sophia Sarracino
762 Palomino Coutr
San Marcos, CA 92069


State Comp. Ins. Fund
P.O. Box 51092
Los Angeles, CA 90051


Velocity Truck
9740 Olsen Drive
San Diego, CA 92121


Wells Fargo Bank
420 Montgomery Street
94101
```